# EXHIBIT 1

(12) **United States Design Patent**     (10) Patent No.:     **US D532,095 S**

Calkins     (45) Date of Patent:     ✷✷ **Nov. 14, 2006**

(54) **COMBINED FAN ASSEMBLY AND SHROUD**

(75) Inventor:     **Scot R. Calkins**, Olympia, WA (US)

(73) Assignee:     **Flex-a-lite Consolidated, Inc.,** Fife,
WA (US)

(**) Term:     **14 Years**

(21) Appl. No.:     **29/214,805**

(22) Filed:     **Oct. 7, 2004**

(51) **LOC (8) Cl.** ................................................... **23-04**
(52) **U.S. Cl.** ....................................... **D23/370**; 23/379
(58) **Field of Classification Search** ................ D23/370,
D23/379; 417/423.15, 423.14; 165/67
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

7,004,732 B1 *  2/2006  Cho et al. .............. 417/423.15
7,007,744 B1 *  3/2006  Kalbacher .................... 165/67

* cited by examiner

*Primary Examiner*—Lisa Lichtenstein
(74) *Attorney, Agent, or Firm*—Dickson Steinacker LLP;
Kevin Steinacker

(57)     CLAIM

The ornamental design for a combined fan assembly and
shroud, as shown and described.

DESCRIPTION

FIG. **1** is a front and back view of the combined fan
assembly and shroud portion shown separately for clarity of
illustration.
FIG. **2** is a right and left view of the combined fan assembly
and shroud portion shown separately for clarity of illustra-
tion.
FIG. **3** is a top view of the combined fan assembly and
shroud portion shown separately for clarity of illustration.
FIG. **4** is a bottom view of the combined fan assembly and
shroud portion shown separately for clarity of illustration.
FIG. **5** is an isometric view of the combined fan assembly
and shroud portion shown separately for clarity of illustra-
tion; and,
FIG. **6** is an isometric view of the combined fan assembly
and shroud depicting the shroud with an s-blade fan installed
in the shroud.
This combined fan assembly and shroud is characterized by
high efficiency airflow and integral mounting points for the
motor/fan assembly as well as the complete fan/shroud
assembly in a single piece molded shroud.

**1 Claim, 6 Drawing Sheets**







Fig. 1

Case 2:12-cv-01828   Document 1-2   Filed 10/17/12   Page 4 of 20



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST **TXu 1 – 172 – 055**



EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 5 | 10 | 2004 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Model 30 or 35 Electric Fans Installation Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼            Issue Date ▼            On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
Flex-A-Lite Consolidated, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Instruction Manual for Auto Parts

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◄ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶                    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Flex-A-Lite Consolidated, Inc.
7213 45th St. Ct. E.
Fife, WA 98424

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

*(DO NOT WRITE HERE — OFFICE USE ONLY)*

APPLICATION RECEIVED
MAY 10 2004
ONE DEPOSIT RECEIVED
MAY 10 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**          **Year of Registration ▶**

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

David C. Owen, c/o Dickson Maher Ingels LLP
1201 Pacific Avenue, Suite 1401
Tacoma, WA 98402

**b**

Area code and daytime telephone number ▶ (253) 572-1000          Fax number ▶ (253) 572-1300
Email ▶ dowen@dmi-law.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Flex-A-Lite Consolidated, Inc.**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David C. Owen          Date ▶ May 3, 2004

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ David C. Owen, c/o Dickson Maher Ingels LLP | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 1201 Pacific Avenue, Suite 1401 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Tacoma, WA 98402 | MAIL TO: Library of Congress Copyright Office - TX 101 Independence Avenue, S.E. Washington, D.C. 20559-6222 |

**9**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

1 of 2



# Flex-a-lite®

## Model 30 or 35 Electric Fans
Model 30: Puller mode, includes thermostatic control.
Model 35: Puller mode, does not include controls.

**Mounting Instructions**—Model 30 or 35 may be installed either horizontally or vertically to the radiator.

1. Remove the vehicle's existing fan and shroud.
2. Position the electric fan against the back of the radiator (between the radiator & engine), and mark the holes for mounting.
3. Rotate the blades to make sure they are free of obstructions.
4. With a small phillips screwdriver, pass through the marked holes, carefully spreading the fins to allow easy passage for the nylon bolts.Pass the bolts through the shroud holes then twist the bolts through the radiator.

**Important: If using a model 30, be sure the thermostatic sensing bulb is touching the radiator.**

5. Install rubber disc spacers, washers, and speed nut. Cut the excess off the bolt (Leave enough excess for adjustments).

## Mandatory Connections for Model 30

1. Disconnect battery.
2. Connect the positive "+" terminal to a low amp 12 volt positive (+) power source (e.g. fuse box), using the wire provided in the kit.

**Note(optional): Attach positive (+) terminal to an ignition source to stop the fan unit from operating after the engine is turned off.**

3. Connect the "B" terminal to a high amp 12 volt positive (+) power source, ie. positive (+) side of battery or alternator, using the wire and inline fuse included in kit .
4. Connect the "G" terminal to ground (ie. chassis, negative (-) side of battery) using the wire provided in the kit.
5. With the wire and 3-way connector provided, splice into the A/C clutch positive(+) wire. Connect the other end of the wire to the "C" terminal of the control box. **Air Conditioning Relay Activates fan when A/C is turned on.**
6. Install provided knob onto the thermostat shaft.
7. Adjust thermostat to desired temperature within 180º-240º.

## Optional Connection
**Manual Switch(not included)—Allows manual operation of fan (Note: based on Flex-a-lite's manual switch part#31148)**
1. Connect the "M" terminal to terminal 1 on the switch.
2. Attach terminal 2 to a 12 volt positive (+) source.
3. Attach terminal 3 to ground to illuminate switch.

**Note (optional): To stop the fan from activating thermostatically, omit the lead to the positive(+) terminal of the control box. B, G, & M must remain connected.**

Diagram









# Ventilateurs électriques, modèles 30 ou 35

**Modèle 30 : mode à extraction, inclut contrôle thermostatique.**

**Modèle 35 : mode à extraction, n'inclut pas de contrôles.**

**Instructions de montage** — L'installation des modèletps 30 et 35 peut s'effectuer horizontalement ou verticalement par rapport au radiateur.

1. Enlevez le ventilateur et la buse actuels du véhicule.
2. Placez le ventilateur électrique contre l'arrière du radiateur (entre le radiateur et le moteur) et marquez les trous de montage.
3. Tournez les pales du ventilateur pour vous assurer de l'absence d'obstructions.
4. A l'aide d'un petit tournevis à tête étoilée, passez à travers les trous marqués et écartez avec soin les ailettes pour faciliter le passage des boulons en nylon. Faites passer les boulons dans les trous de la buse, puis tordez-les à l'intérieur du radiateur.

**Important : pour le modèle 30, assurez-vous que l'ampoule du capteur thermostatique touche le radiateur.**

5. Installez les pièce d'écartement en caoutchouc, puis les rondelles et l'écrou rapide. Coupez l'excès du boulon (laissez-en suffisamment pour les réglages.)

## Câblages obligatoires pour le modèle 30

1. Débranchez la batterie.
2. Connectez la borne positive «+» à une source d'alimentation positive (+) de 12 volts (par ex. une boîte à fusibles basse intensité. Utilisez pour ce faire le fil contenu dans le kit.

**Remarque (facultatif) : connectez la borne positive (+) à la source d'allumage pour empêcher le ventilateur de fonctionner une fois que le moteur a été coupé.**

3. Connectez la borne «B» à une source d'alimentation positive (+) de 12 volts haute intensité, par exemple au côté positif (+) de la batterie ou de l'alternateur. Utilisez pour ce faire le fil et le fusible en ligne contenus dans le kit.
4. Connectez la borne «G» au côté terre (par ex. au châssis, côté négatif (-) de la batterie. Utilisez pour ce faire le fil contenu dans le kit.
5. Avec le fil de liaison et le connecteur à 3 broches fournis, faites un raccord avec le fil positif (+) de l'embrayage de climatisation. Reliez l'autre extrémité du fil à la borne «C» du boîtier de contrôle.

**Le relais de climatisation actionne le ventilateur quand vous mettez la climatisation en marche.**

6. Installez le bouton fourni sur l'axe du thermostat.
7. Réglez le thermostat à la température désirée, entre 82° C et 115° C (180° F et 240° F).

## Câblage facultatif

**Commutateur manuel (non inclus) — pour le fonctionnement manuel du ventilateur**
(Remarque : basé sur le commutateur manuel Flex-a-lite n°31148)

1. Connectez la borne «M» à la borne 1 du commutateur.
2. Connectez la borne 2 à une source d'alimentation positive (+) de 12 volts.
3. Mettez la borne 3 à la terre pour éclairer le commutateur.

**Remarque (facultatif) : pour empêcher le ventilateur de s'actionner thermostatiquement, ne reliez pas le fil à la borne positive (+) du boîtier de contrôle. B, G et M doivent rester connectées.**

### Diagramme



Λ

Ecrou rapide

Rondelle rectangulaire en caoutchouc

Rondelle en plastique

Boulon en nylon

---

# Ventiladores eléctricos modelo 30 ó 35    2 of 2

**Modelo 30: Modo de extractor, con controle termostático incluido.**

**Modelo 35: Modo de extractor, sin controles incluidos.**

**Instrucciones de montaje** - Los modelos 30 ó 35 se pueden instalar ya sea horizontal o verticalmente en relación al radiador.

1. Retire la gualdera y el ventilador existente del vehículo.
2. Coloque el ventilador eléctrico apoyado en la parte posterior del radiador (entre éste último y el motor) y marque los orificios de montaje.
3. Haga girar las aspas para asegurarse de que no tengan obstrucciones.
4. Con un destornillador Phillips pequeño, pase a través de los orificios marcados, separando con cuidado las aletas para permitir el paso fácil de los pernos de nilón. Haga pasar estos últimos por los orificios de la gualdera y hágalos girar para que atraviesen el radiador.

**Importante: Si utiliza un modelo 30, asegúrese de que el bulbo sensor termostático esté en contacto con el radiador.**

5. Instale los espaciadores de discos de caucho, las arandelas y la tuerca de ajuste rápido. Corte el exceso del perno (deje un tramo suficiente para ajustes).

## Conexiones obligatorias para el modelo 30

1. Desconecte la batería.
2. Conecte la terminal positiva "+" a una fuente de alimentación positiva (+) de 12 voltios y bajo amperaje (por ejemplo, la caja de fusibles), utilizando el cable que se proporciona en el estuche.

**Nota (opcional): Acople la terminal positiva (+) a una fuente de encendido para detener la unidad del ventilador después de que se apague el motor.**

3. Conecte la terminal "B" a una fuente de alimentación positiva (+) de 12 voltios y elevado amperaje, o sea, en el lado positivo de la batería o el alternador, utilizando el alambre y el fusible en línea que se incluyen en el estuche.
4. Conecte la terminal "G" a tierra (por ejemplo, al chasis o el lado negativo (-) de la batería), usando el alambre que se proporciona en el estuche.
5. Con el alambre y el conector en tres sentidos que se incluyen, haga un empalme en el alambre positivo (+) del embrague del aire acondicionado. Conecte el otro extremo del alambre a la terminal "C" de la caja de control.

**El relé (relevador) del aire acondicionado activa el ventilador cuando se enciende.**

6. Instale la perilla proporcionada en el eje del termostato.
7. Ajuste el termostato a la temperatura deseada, entre 82° C y 115° C (180° F y 240° F).

## Conexión opcional

**Interruptor manual (no incluido) - Permite el funcionamiento manual del ventilador (Nota: se basa en el el interruptor manual Flex-a-lite, pieza número 31148).**

1. Conecte la terminal «M» a la 1 del interruptor.
2. Acople la terminal 2 a una fuente positiva (+) de 12 voltios.
3. Fije la terminal 3 a tierra para iluminar el interruptor.

**Nota (opcional): Para que el ventilador no se active termostáticamente, omita el cable que va a la terminal positiva (+) de la caja de control. B, G y M deberán permanecer conectadas.**

### Diagrama



Λ

Tuerca de ajuste rápido

Perno de nilón

Arandela (roldana) de plástico

Arandela (roldana) rectangular de caucho

# EXHIBIT 3



**Automotive Division**

**Electric Cooling Fans**

- Application-specific
- Diesel Applications
- Sport Compact Fans
- 24 Volt Electric Fans
- 10-55 Auxiliary Electric
- 30-40 Electra-Fan II
- 60-165 Black Magic
- 118-119 LowBoy Trimline
- 111-420 Low Pro Puller
- 133-440 Low Pro Pusher
- 115-490 X-treme
- 160/168 S-Blade
- 180/185 X-treme
- 270-290 Monster
- 292-298 27" Dual
- 294 Universal Fan
- 330 Compact Dual
- 398 Syclone S-Blade
- 106-398 Trimline
- Electric Accessories

**Aluminum Radiators**

**Belt Driven Cooling Fans**

**Oil & Fuel Coolers**

**Mojave Heater & Plenum**

**Utility Vehicles (UTV)**

**Flexite Windows**

**Install Videos**

**Where To Buy**





### Black Magic S-blade
Puller Fan

| Where To Buy! |
| --- |
| **160**<br>with Adj. Thermostat, A/C Relay and manual switch connection<br>Select a link |

| **168**<br>no controls<br>Select a link |

- *Computer-engineered blades run quietly & efficiently.*
- *Ring fan provides better blade support for impact resistance and water crossings.*
- *Recover up to 17 HP*
- *INCREASE YOUR MILEAGE by replacing the belt-driven fan!*
- *Frees up serious horsepower*

## NEXT GENERATION COOLING

Moves 3,000 CFM
Fits vehicles with 16" & wider radiator cores
*Note: Increase CFM from 3000 to 3200 when using a 16-volt system*

### *FEATURES*

- *Increased Horsepower, Torque and Gas Mileage*
- *Provides constant cooling, regardless of engine RPM*
- *Generates cooler A/C output*
- *Extends water pump life*

- Rigid bracket mounting system, no through core mounting
- Entire Assembly is only 4-1/4" thick

## SPECIFICATIONS

| 160/168 (puller) | |
| --- | --- |
| 3000 CFM | Air Flow |
| 16" x 18" x 4-1/4" | Dims |
| 19.5 | Amp Draw |
| Universal Fit | Fits |
| 8 | Blades |
| 15" | Dia. |
| 160: Adj. Thermostat, A/C Relay and manual switch connection<br>168: none | Controls |
| Fuse/Breaker | 40 Amp Fuse |

| Replacement Parts | |
| --- | --- |
| 30159 | Fan Blade |
| 30195 | Motor |
| 33021 | Controller |
| 30254 | Mounting Hardware |

- New Products
- Marketing Support
- Frequent Questions
- Testimonials
- Tips & Tricks
- Related Links
- Company Info
- WD Information

- On-Line Retailer
- Install Instructions
- 2011 Jobber Pricing
- Replacement Parts



Vehicle Search

*Application Guide*

 

Follow us on Twitter and become a "Fan" on FaceBook



*You can also join us on our BLOG*

[Application-specific] [Diesel Applications] [Sport Compact Fans] [24 Volt Electric Fans] [10-55 Auxiliary Electric] [30-40 Electra-Fan II] [60-165 Black Magic] [118-119 LowBoy Trimline] [111-420 Low Pro Puller] [133-440 Low Pro Pusher] [115-490 X-treme] [160/168 S-Blade] [180/185 X-treme] [270-290 Monster] [292-298  27" Dual] [294 Universal Fan] [330 Compact Dual] [398 Syclone S-Blade] [106-398 Trimline] [Electric Accessories] [Aluminum Radiators] [Electric Cooling Fans] [Belt Driven Cooling Fans] [Oil & Fuel Coolers] [Flexite Windows]

Automotive Division | Heavy Duty Division | Fabrication Division | Marisource Hatchery Supplies | Cascade Plastics

Copyright 2011 Flex-a-lite    Site Updated - Wednesday, July 20, 2011

# EXHIBIT 4

ProformParts.com - HIGH PERFORMANCE 15-INCH ELECTRIC S-BLADE FAN WITH THERMOSTAT. UNIVERSAL.



track my order | my account | where to buy

SHOPPING CART - **0 Items** SUBTOTAL **$0.00**

**Home : Electric Fans: Details**

Search          Go

## Categories

**2012 NEW Products!**

**GM Performance Parts**

**Ford Racing**

**Engine Builders' Tools**

**LS Performance Parts**

**Alternators & Accessories**

**Carburetors & Accessories**

**HEI Distributors & Accessories**

Electric Fans

    **GM Performance Parts
    Electric Fans**

**Engine Dress-Up Kits**

**Engine Dress-Up Parts**

**Gear Drives**

**Harmonic Balancers & Covers**

**Ford Mustang Products**

**Starters & Accessories**

**Push Rods**

**Roller Rockers**

**Valve Train & Cylinder Head**

**Waterpumps & Accessories**

**Shift Lights & Tachometers**

**Rear End Covers**

**PERFECT LAUNCH™**

**Truck Accessories**

**Collectibles & Marketing Support**

**Catalogs**

## Featured Item

### HIGH PERFORMANCE 15-INCH ELECTRIC S-BLADE FAN WITH THERMOSTAT. UNIVERSAL



View Larger Image | Email Page to Friend

Your stock fan robs your engine of up to 15 or more horsepower! Replace it with a rugged, quieter than straight-blade, universal-fit S-blade fan equipped with an adjustable 180°-240°F. thermostat. Bolts to your radiator supports using sturdy brackets. With a heavy-duty motor, and 15" diameter, this unit pulls up to 2,800 cfm of air, cooling vehicles with up to 250+ HP (without air) and 220+ HP (with air). Overall: 18" x 16-1/8" x 4". Amp draw, 14 amps.

**Click Here** for installation instructions.

Part Number                    67029

## Suggested Additions



CHEVY S/B ALUMINUM ELECTRIC WATER PUMP. ALUMINUM FITTING INCLUDED. BLACK.

CHEVY B/B ALUMINUM ELECTRIC WATER PUMP. ALUMINUM FITTING INCLUDED. BLACK

UNIVERSAL WATER PUMP KIT-BILLET ALUMINUM NATURAL FINISH

## Shopping Cart

You Currently Have
0 Items
in your Shopping Cart

View My Shopping Cart

### Got a Question?

Live Help offline
click to email

FREE chat by Volusion

### NO SPAM HERE!

Things at PROFORM move fast; add your email below to KEEP UP!

**Home -- Ordering -- About Us -- Contact Us -- Warranty -- Privacy Policy**

# EXHIBIT 5







— **CAUTION** — FAN BLADES CAN CAUSE INJURY. TO AVOID PERSONAL INJURY, KEEP CLEAR FROM FAN BLADES. FAN BLADES MAY START AT ANY TIME.

## Part #67017
## Universal Fan with Thermostat

## Part #67015
## 15" Mustang Fan with Thermostat (on reverse side)

### INSTALLATION INSTRUCTIONS
*(Fan may be attached to the radiator horizontally or vertically.)*
**Mount fan with brackets using either the bolt-on or clamp-on method, and affix the threaded rods and brackets to the fan accordingly.**

**NOTE:**
- Use star nuts as shown to stabilize the threaded rods.
- The thermostat sensing bulb MUST contact the radiator surface for accurate temperature readings.
- To avoid damage, do not over-tighten fan to radiator.



### REQUIRED CONNECTIONS
1. Disconnect vehicle battery.

2. Attach the positive (+) terminal to a low-amp 12-volt positive (+) power source (such as fuse box), using the wire provided in the fan kit.

   OPTIONAL CONNECTION: Attach the positive (+) terminal to an ignition source to stop the fan unit from operating after the entire is tuned off.

3. Connect the "B" terminal to a high-amp 12-volt positive (+) power source, such as the positive (+) side of battery or alternator, using the wire and inline circuit breaker included in kit. Circuit breaker is marked for proper installation.

4. Connect the "G" terminal to ground (such as chassis, negative (-) side of battery) using the wire provided in the kit.

5. With the wire and 3-way connector provided, splice into the A/C clutch positive (+) wire. Connect the other end of the wire to the "C" terminal of the control box. NOTE: Air conditioning relay activates fan when A/C is turned on.

6. Adjust thermostat to desired temperature within 180-240° range.

### MANUAL SWITCH INSTALLATION OPTION
### (permits on/off operation manually).
*(Switch not included – Must purchase separately)*
1. Attach the "M" terminal to terminal 1 on the switch.
2. Attach terminal 2 to 12-volt positive (+) source.
3. Attach terminal 3 to ground.

**Note:** To prevent the fan from thermostat activation, omit the lead to the positive (+) terminal of the control box, B, G & M must remain connected.



**IMPORTANT: If not using an illuminated switch, disconnect the switch ground.**